UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG

BLINGVILLE, LLC, a West Virginia Limited Liability Company,
    Plaintiff,
v.

ZYNGA INC., a Delaware corporation; and ZYNGA GAME NETWORK INC., a Delaware corporation,
    Defendants.

CASE NO. 3:11CV4

ZYNGA INC., a Delaware corporation,
    Counterclaimant,
v.

BLINGVILLE, LLC, a West Virginia Limited Liability Company,
    Counterdefendant

## NOTICE OF STIPULATION REGARDING ENTRY OF FINAL JUDGMENT UPON CONSENT

1. Defendant and counterclaimant Zynga Inc. ("Zynga") files this notice of stipulation pursuant to LR Civ P 7.01:

WHEREAS Plaintiff and counterdefendant Blingville, LLC ("Blingville") has initiated the instant action against Zynga; and

WHEREAS Zynga has asserted counterclaims against Blingville; and

WHEREAS Zynga and Blingville (collectively the "Parties") now wish to terminate the instant action through the entry of a stipulated Final Judgment Upon Consent in favor of Zynga; and

WHEREAS the Parties have consented to entry of the Final Judgment Upon Consent attached hereto as **Exhibit 1** as indicated on Page 4 of the Exhibit.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

- 1 -  Case No. 3:11CV4

NOTICE OF STIPULATION REGARDING ENTRY OF FINAL JUDGMENT UPON CONSENT

THEREFORE the parties have agreed and stipulated to entry of the attached Final Judgment Upon Consent.

ZYNGA INC.

By Counsel

JACKSON KELLY PLLC

Dated *May 22*, 2012

*/s/ William Powell/*
William Powell (WV Bar No. 2961)
310 West Burke Street
Martinsburg, West Virginia 25401
Tel: 304/263-8800
Fax: 304/263-7110
Email: wpowell@jacksonkelly.com

KEATS MCFARLAND & WILSON LLP

Dated May 22, 2012

*/s/ Dennis Wilson/*
Dennis Wilson (Admitted Pro Hac Vice)
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Tel: 310/248-3830
Fax: 310/860-0363
Email: dwilson@kmwlaw.com

BLINGVILLE, LLC

By Counsel

Dated May 16, 2012, 2012

*/s/ Michael J. Novotny/*
Michael J. Novotny (WV Bar No. 8566)
36 Bakerton Road
Harpers Ferry, WV 25425
Tel: 304/671-2297
Fax: 304/725-3851
Email: michael@potomacconsultingservices.com

- 2 -

Case No. 3:11CV4

NOTICE OF STIPULATION REGARDING ENTRY OF FINAL JUDGMENT UPON CONSENT